UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRYAN JONES,

    Plaintiff,

v.

Case No. 2:18-cv-11739
Honorable Sean F. Cox

OAKLAND COUNTY GOVERNMENT, *et al.,*

    Defendants.

_____/

## **ORDER DISMISSING THE COMPLAINT WITHOUT PREJUDICE**

Plaintiff Bryan Jones, a detainee at the Oakland County Jail in Pontiac, Michigan, commenced this civil rights action in the Western District of Michigan on May 16, 2018. *See* docket no. 1. He did not prepay the filing fee, and although he submitted a written summary of the transactions in his trust fund account at the jail, *see* docket no. 2, he did not file an application to proceed without prepayment of the fees and costs for this action. On May 31, 2018, United States Magistrate Judge Ellen S. Carmody transferred the complaint to this District on the basis that venue was proper in the Eastern District of Michigan. *See* docket no. 3.

On June 5, 2018, United States Magistrate Judge R. Steven Whalen ordered Jones to prepay the filing fee of $350.00 and an additional administrative fee of $50.00 or to submit an application to proceed without prepayment of the fees and costs for this action within thirty days of the date of his order. *See* docket no. 5. Although more than sixty days have passed since Magistrate Judge Whalen entered his order, Jones has

not complied with the order, requested an extension of time to do so, or communicated with the Court. Accordingly,

**IT IS ORDERED THAT** the complaint is summarily **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); *Mulbah v. Detroit Bd. of Educ.*, 261 F.3d 586, 589 (6th Cir. 2001); Fed. R. Civ. P. 41(b); LR 41.2.

Dated: August 22, 2018          s/ Sean F. Cox
                                             Sean F. Cox
                                             United States District Judge

I hereby certify that on August 22, 2018, the document above was served on counsel of record via electronic means and upon Bryan Jones via First Class Mail at the address below:

Bryan Jones 238867
OAKLAND COUNTY JAIL
P.O. BOX 436017
PONTIAC, MI 48343

                                                           s/J. McCoy
                                                           Case Manager